NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5103

RICHMOND AMERICAN HOMES OF COLORADO, INC.,
METROPOLITAN DEVELOPMENT IV, LLC,
METROPOLITAN BUILDERS, INC.,
STANDARD PACIFIC OF COLORADO, INC.,
and TOUCHSTONE HOMES, LLC,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-280, Judge Lawrence M. Baskir.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

The United States moves for a 30-day extension of time, until March 4, 2009, to file its brief due to settlement efforts.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

MAR 0 5 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Hubert A. Farbes, Jr., Esq.
Leslie Cayer Ohta, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 05 2009

JAN HORBALY
CLERK